**Oscar DIAZ, Plaintiff, Appellant,**

v.

**FEDERAL BUREAU OF PRISONS,**
**Defendant, Appellee.**

No. 02–1399.

United States Court of Appeals,
First Circuit.

Jan. 24, 2003.

Oscar Diaz on brief pro se.

Michael J. Sullivan, United States Attorney, and Nancy Rue, Assistant U.S. Attorney, on brief, for appellee.

Before SELYA, LYNCH and HOWARD, Circuit Judges.

PER CURIAM.

Upon de novo review of the district court judgment in light of the parties' arguments and the record on appeal, we *affirm* the summary judgment substantially for the reasons set forth in the magistrate judge's report of December 20, 2001 and the district judge's order of February 7, 2002. Appellant's additional assignments of error relating to the *in camera* inspection of the tape recording and proof of its authenticity, and the court's interpretation of appellant's pleading, are meritless.

Appellant's letter motion requesting a copy of the tape recording is dismissed as *moot.*

*Affirmed.*